UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-20264-CIV-MORENO**
**(95-00114-CR-MORENO)**

LAZARO VELIZ,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE UNDER 28 U.S.C. § 2255

THE MATTER was referred to the Honorable William Matthewman, United States Magistrate Judge, for a Report and Recommendation on the Motion to Vacate Pursuant to 28 U.S.C. § 2255 (D.E. 6). The Magistrate Judge filed a Report and Recommendation **(D.E. 21)** on **October 1, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Matthewman's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED for the reasons stated in the Report and Recommendation. It is further

**ADJUDGED** that a certificate of appealability issue as to whether the procedural default rule bars relief in this case as set forth in *Granda v. United States*, 996 F.3d 1100 (11th Cir. 2021).

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of October 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge William Matthewman
Counsel of Record

2